UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WENDELL DWAYNE O'NEAL,

    Plaintiff,

v.

HENNEPIN COUNTY, a Municipal Corp., Mr. BARRY and CHUCK SALTER, Assistant District Attorneys, BARBARA KHERBERG, Public Defender Office, B. R., and CAROL ENGEL, Supervisors, Probation, Ms. DENISE BLAZEK, ROBIN MARTINSON, and JAML NEJCAR, Probation Officers, 300 SIXTH STREET, MINNEAPOLIS, MINNESOTA 55487, KHALED ABEL, SuperAmerica, L.L.C. and, or Inc., 3807 FREEMONT AVE., MINNEAPOLIS, SUPERAMERICA, L.L.C. and, or INC., 3807 FREEMONT AVE., MINNEAPOLIS, MINNESOTA, CITY OF MINNEAPOLIS, A Municipality, P. O. GREGORY FREEMAN, Detective, P. O. RABINE, P. O. MURO, Minneapolis Police Officers, TURNING POINT, INC., A Private Government Funded Corp., MINNEAPOLIS, MINNESOTA, MADISON COUNTY, a Corporate Municipality, 100 NORTHSIDE SQUARE, HUNTSVILLE, ALABAMA 35801, P. O. TRICIA ULSETON, Probation, supra, 715B. WHEELER AVE., HUNTSVILLE, ALABAMA 35801,

    Defendants.

Civil No. 08-377 (JNE/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 17, 2008               s/  Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge